# UNITED STATES DISTRICT COURT
# Northern District of California



## USDC-CAND PAY.GOV APPLICATION FOR REFUND

| | |
|---|---|
| Today's Date | September 8, 2014 |
| Account Holder Name | Benjamin Singer |
| Account Holder Billing Address | 255 Shoreline Drive, Suite 540 |
| Account Holder Billing City | Redwood Shores |
| Account Holder Billing State | CA |
| Account Holder Billing Zip | 94065 |
| Requestor's Telephone Number | (415) 500-6077 |
| Requestor's E-mail Address | bsinger@coltsinger.com |
| Pay.gov Tracking ID (number) | 25HDA90I |
| Agency Tracking ID (number) | 0971-8889268 |
| Transaction Date | September 3, 2014 |
| Transaction Time | 1:55:21 AM |
| Transaction Amount (to be refunded) | 400.00 |
| Purpose of Payment/Fee | Filing Complaint |
| Full Case Number (if applicable) | 14-cv-03984 |
| Reason for Refund Request | I received error messages while attempting to file. To be safe, I logged out of ECF, restarted the new case process, paid the filing fee again and filed the complaint under 14-cv-03985. |

- The information required above can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.
- For information on submitting this form to the court, see:  https://ecf.cand.uscourts.gov/cand/faq/paygov.htm

| For U.S. District Court use only. | | | | |
|---|---|---|---|---|
| Refund Request | | | **APPROVED:** ✓ | **DENIED:** |
| Refund Approved By | Are P. Beraner | | | |
| Pay.gov Refund Tracking ID Refunded | 25HHTBK 3 | | | |
| Agency Refund Tracking ID Number | 0971-888 9268 | | | |
| Date Refund Processed | 9-12-14 | | | |
| Refund Processed By | Jeauron Noley | | | |
| Reason for Denial | | | | |
| Referred for OSC | | | | |